IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RECEIVED

MAY 2 2 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

ROBERT McKENNA, )
  )
  Petitioner-Appellant, )
  )
vs. )  Civil No. 06-CV-51-(JWS)
  )  3:03-cr-00098 Jws
UNITED STATES OF AMERICA, )
  )
  Respondent-Appellee. )
  )
_____)

## NOTICE OF APPEAL

Notice is hereby given that Robert McKenna, Petitioner-Appellant, in the above caption and case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order dismissing his Civil motion pursuant to Title 28 U.S.C. § 2255 entered March 28, 2006, and denying his moiton pursuant to Civil Rule 59(e) entered April 25, 2006.

Respectfully Submitted,

Robert McKenna
Reg. 14828-006
Federal Medical Center
½MB 4000
Rochester, MN 55903-4000