**FILED**

**JAN 25 2007**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-35513 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CV-06-00051-JWS |
| v. | CR-03-00098-JWS |
|  | District of Alaska, Anchorage |
| ROBERT GENE MCKENNA, |  |
| Defendant - Appellant. | ORDER |

RECEIVED

JAN 2 9 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before:   GOULD and PAEZ, Circuit Judges.

The stay of this case is lifted because the Supreme Court has filed its decision in *Burton v. Stewart*, No. 05-9222, 2007 WL 43832 (U.S. January 9, 2007).

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All outstanding motions are denied.

RESEARCH

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 25 2007

by:
Deputy Clerk